# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE WOFFORD, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>FERGUSON ENTERPRISES, LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-01868-MCE-JDP<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

Having reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulation") filed by Plaintiff DWAYNE WOFFORD and Defendant FERGUSON ENTERPRISES, LLC (collectively, the "Parties"), and good cause appearing,

The Parties' Stipulation is GRANTED and this case is hereby DISMISSED in its entirety, with prejudice, and each Party shall bear his or its own attorneys' fees with respect hereto. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 14, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE